SAFEWAY TRAILS, INC. *v.* FURMAN ET AL.

No. 228. Decided October 19, 1964.

*William A. Roberts* and *Morris J. Levin* for appellant.

*Arthur J. Sills,* Attorney General of New Jersey, and *Alan B. Handler,* First Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

ALHAMBRA TRUCKING CO. ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.

No. 288. Decided October 19, 1964.

*Frederick M. Rowe* for appellants.

*Mary Moran Pajalich* for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.